9

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Crouch

§
§
§
§
§
§
§
§

versus

CIVIL ACTION 98-170

Sanchez

## Order Resetting Conference

The ~~pretrial~~ initial conference set __3-18-99__, has been reset to:

__3-17-99__,

at __11:00__ A.m.

Signed on __February 2__, 1998/9, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
updateddl.