12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CHANCE LADAYDE CROUCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-170 |
| | § | |
| KIM SANCHEZ AND THE TOWN | § | |
| OF SOUTH PADRE ISLAND | § | |
| Defendants. | § | |

ORDER

The Motion to Quash Subpoena Duces Tecum submitted by the Custodian of Records for the Cameron County District Attorney's Office is GRANTED IN PART. The Court grants the Motion to Quash as to the following documents:

1. An indictment review checklist
2. A felony information form
3. A felony intake sheet
4. An intake information sheet
5. A misdemeanor submission form
6. A two page fingerprint report
7. A five page arrest summary report, and
8. Any other documents constituting attorney work-product.

The balance of the Motion to Quash is DENIED.

DONE at Brownsville, Texas, this ___26___ day of February 1999.

_____
Hilda G. Tagle
United States District Judge