14

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
MAR 18 1999

CHANCE L. CROUCH §
§
versus §     CIVIL ACTION B-98-170
§
KIM SANCHEZ + TOWN §
OF SPI §

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Scheduling Order

1. Trial: Estimated time to try: __4__ days.          ☐ Bench    ☑ Jury

2. New parties must be joined by:  N/A

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   May 1, 1999

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.   June 1, 1999

5. Discovery must be completed by:   Aug. 7, 1999

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Motions will be filed by:   Sept. 7, 1999

*********************************************************************

7. Joint pretrial order is due:   Oct. 7, 1999

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   Nov 4, 99

   *The case will remain on standby until tried.*

   Signed __March 17__, 199_9_, at Brownsville, Texas.

   Hilda G. Tagle
   United States District Judge