22

United States District Court
Southern District of Texas
ENTERED

OCT 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

Crouch                          §
                                §
*versus*                        §          CIVIL ACTION B-98-170
                                §
Sanch g, et al                  §

## Order Setting Hearing

1.   A motion hearing will be held before Judge Hilda G. Tagle on:

     _____10- 21_____, 1999

     at _____11: 00_____ A .m.

     Courtroom, Third Floor
     United States Courthouse
     600 E. Harrison Street, #306
     Brownsville, Texas  78520.

2.   Each party shall appear by an attorney with (a) full knowledge of the facts and (b)
     authority to bind the client.

3.   The court will decide pending motions, narrow issues, inquire about expected
     motions, and schedule discovery.  Counsel are to consult among themselves about
     these matters well in advance.  *See* Fed. R. Civ. P. 16.

Signed on __10th October__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge