

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Chance Ladayde Crouch, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-170 |
| § | |
| Kim Sanchez, in her official and individual § | |
| capacity, and the Town of South Padre § | |
| Island, Texas. § | |
| § | |
| Defendants. § | |

ORDER

BE IT REMEMBERED that on October 21, 1999 the Court considered the following motions and entered the following rulings based on the motions and briefs submitted to the Court and counsels' arguments:

1. Plaintiff's Motion to Continue Hearing [filed on 10/21/99] is **DENIED**.

2. Plaintiff's Unopposed Motion to Withdraw and for Substitution of Co-Counsel for Plaintiff is **DENIED** [Dkt. No. 19].

3. Plaintiff counsel's oral motion for leave to appear is **GRANTED**.

4. Defendants' Motion for Summary Judgment [Dkt. No. 20] is **GRANTED**. Specifically, summary judgment was granted on the following claims alleged against Defendant Town of South Padre and Defendant Kim Sanchez in her official capacity:
    (a) Plaintiff's 42 U.S.C. § 1983 claims;
    (b) Plaintiff's state law constitutional claims;
    (c) Plaintiff's state law negligence claims; and,
    (d) Plaintiff's claims based on the Texas Criminal Procedure Code.

5. Defendants' Motion to Compel [Dkt. No. 15] and Supplemental Motion to Compel [Dkt. No. 17] are moot, and, therefore, were **WITHDRAWN** by defense counsel.

6. Defendants' Motion to Extend All Deadlines [Dkt. No. 18] is moot, and was **WITHDRAWN** by defense counsel.

7. The Court has decided to withdraw its ruling, made at the October 21, 1999 hearing, on Defendants' oral motion to amend their answer to state that defense counsel does not represent Defendant Kim Sanchez in her individual capacity. The oral motion is **DENIED**.

8. The Court **WITHDRAWS** its sua sponte ruling to dismiss all claims against Defendant Kim Sanchez in her individual capacity.

DONE at Brownsville, Texas, this ___ day of October 1999.

_____
Hilda G. Tagle
United States District Judge