33

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 18 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| Chance Ladayde Crouch, | § |  |
|---|---|---|
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-98-170 |
| Kim Sanchez and the Town of South Padre Island, Texas, | § | |
| Defendants. | § | |

ORDER

BE IT REMEMBERED that on November 9, 1999 the Court considered the parties' Agreed Motion for Continuance [Dkt. No. 31] and the Defendant's Unopposed Motion for Leave to File Defendant Kim Sanchez's Motion for Summary Judgment Out of Time [Dkt. No. 29]. Based on the motions and counsels' arguments, the Court rules that the motions are **GRANTED**.

DONE at Brownsville, Texas, this \_\_9\_\_ day of November 1999.

Hilda G. Tagle
United States District Judge