42

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
ENTERED

MAR 1 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

CROUCH §
§
versus § CIVIL ACTION B-98cv170
§
SANCHEZ §

## Order Resetting Conference

The status conference set for March 23, 2000 has been reset to:

**April 20, 2000 at 2:00 p.m.**

Signed on March 10, 2000 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge