44

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Chance Ladayde Crouch,<br><br>  Plaintiff,<br><br>v.<br><br>Kim Sanchez and Town of South Padre Island, Texas<br><br>  Defendants. | §§§§§§§§§§§<br><br>CIVIL ACTION NO. B-98-170 |

## ORDER

BE IT REMEMBERED that on April 17, 2000, the Court **GRANTED** the Cameron County District Attorney's Office's Non-Party's Motion to Remove Name from Mailing List [Dkt. No. 41].

The Cameron County District Attorney's Office is not a party in this case. The District Clerk is **ORDERED** to document the Court's ruling on this case's docket sheet to ensure that the movant does not receive mailings or faxes in the future.

DONE at Brownsville, Texas, this __18__ day of April 2000.

_____
Hilda G. Tagle
United States District Judge