49

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*United States District Court*
*Southern District of Texas*
**ENTERED**

**MAY 3 1 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CROUCH | § § | |
| versus | § § | CIVIL ACTION B-98-170 |
| SANCHEZ, et al | § § | |

## Order Setting Trial And Jury Selection

1. Joint pretrial order is due on:     **6-14-00**
   *Plaintiff is responsible for filing the pretrial order on time.*

2. The docket call and final pretrial conference has been set for 1:30 p.m. on:     **6-29-00**

3. Jury selection is set for 9:00 a.m. on:     **7-5-00**
   *The case will remain on standby until tried.*

4. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed **May 31**, 2000 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge