63
52

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

**JUN 1 2 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CROUCH | § § § | |
| *versus* | § § | CIVIL ACTION: B-98-170 |
| SANCHEZ | § § | |

# Order Re-Setting Jury Selection

Jury selection has been re-set for: __July 6, 2000__ at __9:00A__.m.

Docket call remains set for: __June 29, 2000__ at __1:30p__.m.

Signed on __June 12__, 2000, at Brownsville, Texas.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge