53

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 3 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Chance Ladayde Crouch, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-98-170 |
| § | |
| Kim Sanchez, et al, § | |
| § | |
| Defendants. § | |

## ORDER

BE IT REMEMBERED that on June 12, 2000, the Court **STRUCK** the Plaintiff Chance L. Crouch's Motion for Leave to Take Oral Deposition of Defendant Kim Sanchez [Dkt. No. 50]. The motion does not include a certificate of conference as required by this Court's rules. In addition, the motion does not address why the Court should grant the Plaintiff's motion in light of the fact that the discovery deadline has passed, and the case is set for docket call in two weeks. If the Plaintiff wishes the Court to consider the motion he must refile it in compliance with this order and the Court's rules by June 16, 2000 at 12:00 p.m.

DONE at Brownsville, Texas, this ___12___ day of June 2000.

_____
Hilda G. Tagle
United States District Judge