58

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 22 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Chance Ladayde Crouch, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-170 |
| | § | |
| Kim Sanchez, et al, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED that on June 22, 2000, the Court **STRUCK** the Parties' or Plaintiff's Joint Pretrial Order [Dkt. No. 54] and Defendant's Proposed Joint Final Pretrial Order [Dkt. No. 56], and renders Defendant's Unopposed Motion for Leave to File Defendant's Proposed Final Joint Pretrial Order [Dkt. No. 55] **MOOT**. The aforementioned pretrial orders and Defendant's motion were all filed on June 14, 2000. One of the pretrial orders [Dkt. No. 54] is signed by Plaintiff's counsel, but not by the Defendant's attorney. The other pretrial order [Dkt. No. 56] is signed by the Defendant's attorney, but not Plaintiff's counsel. Both orders do not comply with this Court's rules because they are not signed by counsel for both Parties. The Parties are ordered to submit an agreed Joint Pretrial Order signed by counsel for both Parties by June 29, 2000 at 12:00 p.m. If the Parties do not comply with this order in every respect, the Court will consider imposing monetary sanctions.

DONE at Brownsville, Texas, this 22nd day of June 2000.

Hilda G. Tagle
United States District Judge