United States District Court
Southern District of Texas
ENTERED

JUN 26 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Chance Ladayde Crouch, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-170 |
| | § | |
| Kim Sanchez, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

BE IT REMEMBERED that on June 23, 2000, the Court **GRANTED** the Plaintiff Chance Ladayde Crouch's Motion to Reconsider his Motion for Leave to Take Oral Deposition of Defendant Kim Posio Sanchez [Dkt. No. 57].

DONE at Brownsville, Texas, this 26 day of June 2000.

Hilda G. Tagle
United States District Judge