64

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 3 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CHANCE LADAYDE CROUCH, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-170 |
| | § | (JURY REQUESTED) |
| | § | |
| KIM SANCHEZ AND THE TOWN OF SOUTH | § | |
| PADRE ISLAND, TEXAS, | § | |
| Defendants. | § | |

## ORDER GRANTING AGREED MOTION TO STAY

BE IT REMEMBERED that on this day came on for consideration the Agreed Motion to Stay in the above-referenced cause of action. Upon consideration of said motion, the Court is of the opinion that same should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that the Agreed Motion to Stay is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that all proceedings in this Court in the above-referenced matter are stayed pending resolution of Defendant's interlocutory appeal on qualified immunity grounds.

SIGNED for entry on the ___ day of June, 2000.

_____
U.S. DISTRICT JUDGE