65

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUN 29 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CHANCE LADAYDE CROUCH, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-170 |
| | § | (JURY REQUESTED) |
| | § | |
| KIM SANCHEZ AND THE TOWN OF SOUTH | § | |
| PADRE ISLAND, TEXAS, | § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
ENTERED
JUN 30 2000
Michael N. Milby, Clerk of Court
By Deputy Clerk

**ORDER DENYING DEFENDANT KIM SANCHEZ'S
MOTION FOR SUMMARY JUDGMENT**

BE IT REMEMBERED that on this the 20th day of April, 2000, came on for consideration the Defendant Kim Sanchez's Motion for Summary Judgment in connection with the above referenced cause of action. Upon consideration of said motion and for the reasons stated on the record, the Court is of the opinion that said motion should be denied.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that Defendant Kim Sanchez's Motion for Summary Judgment be and is hereby Denied.

All relief requested and not expressly granted is hereby denied.

SIGNED for entry on June 29, 2000.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM, AND NOT AS TO SUBSTANCE:

By: _____
George C. Kraehe, Attorney for Defendant