72

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 4 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CHANCE LADAYDE CROUCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-98-170 |
| | § | |
| KIM SANCHEZ AND THE TOWN, | § | |
| OF SOUTH PADRE ISLAND | § | |
| Defendants. | § | |

**ORDER**

BE IT REMEMBERED, that on September 13, 2000, the Court **GRANTED** Defendant's Motion to Quash Notice of Intention to Take the Oral Deposition of Witness Kim Sanchez [Dkt. No. 71]. In her motion, the Defendant correctly states that this Court stayed all matters pending a ruling on her interlocutory appeal on the issue of qualified immunity. However, shortly before the Defendant filed her notice of appeal this Court granted the Plaintiff's Motion to Reconsider his Motion for Leave to Take Oral Deposition of Defendant Sanchez [Dkt. No. 57 and 59]. Consequently, if the Fifth Circuit affirms this Court's ruling on qualified immunity, the Court will allow the Plaintiff to take the Defendant's deposition. The Plaintiff is **ORDERED** to submit a motion requesting leave to take Defendant Sanchez' deposition within 30 days of receipt of a favorable ruling from the Fifth Circuit.

Moreover, the Court **DENIES WITHOUT PREJUDICE** Defendant Sanchez' motion in limine [Dkt. No. 27] for statistical purposes pending a ruling from the Fifth Circuit. If this case proceeds to trial, the Defendant will be granted leave to refile the motion if she does so in a timely manner.

DONE at Brownsville, Texas, this ___13th___ day of September 2000.

Hilda G. Tagle
United States District Judge