75

# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 00-40797

D.C. Docket No. B-98-CV-170

U.S. COURT OF APPEALS
**FILED**
NOV 1 4 2001
CHARLES R. FULBRUGE III
CLERK

CHANCE LADAYDE CROUCH

    Plaintiff - Appellee

United States District Court
Southern District of Texas
FILED
DEC 1 0 2001
Michael N. Milby
Clerk of Court

v.

KIM SANCHEZ; ET AL

    Defendants

KIM SANCHEZ

    Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Texas, Brownsville.

Before DAVIS, GARWOOD, and MAGILL*, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is reversed, and summary judgment for Sanchez, in her capacity, on the basis of qualified immunity is rendered.

IT IS FURTHER ORDERED that plaintiff-appellee pay to defendant-appellant the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: DEC 0 6 2001

---

\*    Circuit Judge of the Eighth Circuit, sitting by designation.

A true copy
Test

Clerk, U S. Court of Appeals, Fifth Circuit

By _____
        Deputy

New Orleans, Louisiana     DEC 0 6 2001

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

**TEL. 504-589-6514**
**600 CAMP STREET**
**NEW ORLEANS, LA 70130**

December 6, 2001

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

No. 00-40797 Crouch v. Sanchez
USDC No. B-98-CV-170

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 6 ) Volumes    (   ) Envelopes    (   ) Boxes

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk

cc: (letter only)
    Honorable Hilda G Tagle
    Mr Antonio Martinez Jr
    Mr George Christian Kraehe

MDT-1